UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

## Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor: TRUTWIN, PETER JOSEPH

Chapter 7 Case No. 09-43743

Please Check One:

___ Unclaimed Dividends

__X__ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Spirit of America National Bank /Lane Bryant<br>First Express<br>PO Box 866132<br>Louisville, KY 40285 - 6132 | 4 | $ 97.56 | $ 0.59 |
| Recovery Management Systems Corporation<br>For GE Money Bank dba OLD NAVY<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131 | 14 | $139.68 | $0.84 |
| Recovery Management Systems Corporation<br>For GE Money Bank dba MILLS FLEET /GEMB<br>25 SE 2ND Avene Suite 1120<br>Miami, FL 33131 | 15 | $639.81 | $3.86 |
| PRA Receivables Management<br>As Agent of Portfolio Recovery Assocs<br>c/o Orchard Bank<br>PO Box 12914<br>Norfolk, VA 23541 | 17 | $394.56 | $2.38 |

Date  11-29-10

J. Richard Stermer,  Trustee